C. Brandon Wisoff (State Bar No. 121930)
bwisoff@fbm.com
Eric D. Monek Anderson (State Bar No. 320934)
emonekanderson@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Maeve L. O'Connor (*pro hac vice* application forthcoming)
Elliot Greenfield (*pro hac vice* application forthcoming)
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York  10022
Telephone: 212.909.6000
Email: mloconnor@debevoise.com
Email: egreenfield@debevoise.com

Attorneys for Defendants
ROBINHOOD MARKETS, INC.;
ROBINHOOD FINANCIAL LLC;
ROBINHOOD SECURITIES, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JASON STEINBERG, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ROBINHOOD MARKETS, INC.; ROBINHOOD FINANCIAL LLC; ROBINHOOD SECURITIES, LLC and Does 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-02343-SK<br><br>**NOTICE OF RELATED CASES AND NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**<br><br>The Hon. Sallie Kim<br><br>Trial Date:      TBD |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

NOTICE OF RELATED CASES
Case No. 3:20-cv-02343-SK

38567\13206756.1

**Notice of Related Cases**

Pursuant to Civil Local Rule 3-12 of the Northern District of California, Defendants Robinhood Markets, Inc., Robinhood Financial LLC, and Robinhood Securities, LLC, by and through their attorneys, hereby submit this Notice of Related Cases, and state that Defendants are aware of the following actions previously filed or currently pending in the United States District Court, Northern District of California, concerning substantially the same parties, property, transactions, or events and that would thus likely create an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges:

(1) *Beckman v. Robinhood Financial, LLC et al.*, No. 3:20-cv-01626 (N.D. Cal.);

(2) *Adame v. Robinhood Financial, LLC et al.*, No. 3:20-cv-01769 (N.D. Cal.);

(3) *Riggs v. Robinhood Financial, LLC et al.*, No. 3:20-cv-01800 (N.D. Cal.);

(4) *Prendergast v. Robinhood Financial, LLC et al.*, No. 3:20-cv-01877 (N.D. Cal.);

(5) *Johann v. Robinhood Financial, LLC et al.*, No. 5:20-cv-01909 (N.D. Cal.).;

(6) *Metzler v. Robinhood Financial LLC et al.*, No. 3:20-cv-02286 (N.D. Cal.);

(7) *Xia v. Robinhood Financial, LLC et al.*, No. 4:20-cv-2352 (N.D. Cal.).

The *Adame*, *Riggs*, and *Prendergast* actions have all been related to *Beckma*n, the first-filed action, on the motion of the *Beckman* plaintiff.  Plaintiff in the *Beckman* action has filed a motion to relate the instant case and *Johann*, *Metzler*, and *Xia* to *Beckman*.

**Notice of Pendency of Other Action or Proceeding**

Pursuant to Civil Local Rule 3-13, Defendants are aware that the instant case involves all or a material part of the same subject matter and all or substantially all of the same parties as another action which is pending in another federal court:

(1) *Taaffe v. Robinhood Markets, Inc. et al.*, No. 8:20-cv-00513 (M.D. Fla.).

On April 8, 2020, the parties in *Taaffe* filed a joint motion to transfer the action to the Northern District of California.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

NOTICE OF RELATED CASES
Case No. 3:20-cv-02343-SK

2

38567\13206756.1

1  Dated: April 10, 2020                    FARELLA BRAUN + MARTEL LLP

                                            By: _____
                                                 C. Brandon Wisoff

                                            Attorneys for Defendants
                                            ROBINHOOD MARKETS, INC.;
                                            ROBINHOOD FINANCIAL LLC;
                                            ROBINHOOD SECURITIES, LLC

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

NOTICE OF RELATED CASES                3                         38567\13206756.1
Case No. 3:20-cv-02343-SK